```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __10/9/2025__
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

HENRY ANDRIXON,

                      Defendant.

25 Cr. 445 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court shall hold an initial appearance for Defendant Henry Andrixon on **October 27, 2025**, at **4:30 p.m.** in Courtroom 15D of the United States Courthouse, 500 Pearl Street, New York, New York 10007.

    SO ORDERED.

Dated: October 9, 2025
         New York, New York

_____
ANALISA TORRES
United States District Judge