USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __11/5/2025__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

HENRY ANDRIXON,

               Defendant.

**ORDER**

25 Cr. 445 (AT)

Upon the application of the United States, by the United States Attorney for the Southern District of New York, Jay Clayton, by Assistant United States Attorney Matthew Weinberg, dated October 24, 2025;

WHEREAS, on or about June 30, 2025, the Government sought and received an order authorizing the United States Internal Revenue Service ("IRS") to disclose taxpayer return information relevant to an ongoing investigation (the "Tax Order");

WHEREAS, on or about July 23, 2025, the IRS produced documents to the Government in response to the Tax Order (the "Tax Documents");

IT IS HEREBY ORDERED that, giving due consideration to congressional policy favoring the confidentiality of returns and return information as set forth in Title 26, United States Code, the Tax Documents are required to be produced pursuant to Rule 16 of the Federal Rules of Criminal Procedure.

**SO ORDERED:**

Dated: New York, New York
       November 5, 2025

HONORABLE ANALISA TORRES
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK