UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

HENRY ANDRIXON,

Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __1/5/2026__

25 Cr. 445 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The Court has reviewed Defendant's letter motion for leave to file a motion to suppress, ECF No. 17, Defendant's motion to suppress, ECF No. 18, and the Government's letter dated January 2, 2026, requesting an extension of time to respond to the motion, ECF No. 19. The Government's request is GRANTED. Accordingly, by **January 12, 2026**, the Government shall respond to Defendant's motion. By **January 26, 2026**, Defendant shall file his reply, if any.

SO ORDERED.

Dated: January 5, 2026
New York, New York

_____
ANALISA TORRES
United States District Judge