UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

HENRY ANDRIXON,

                                        Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  __1/27/2026__

25 Cr. 445 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The Court has reviewed defense counsel's letter motion to withdraw as counsel of record for Defendant Henry Andrixon, ECF No. 23, and Defendant's *pro se* letter motion providing more information regarding his counsel's withdrawal and requesting "the appointment of counsel pursuant to the Criminal Justice Act," ECF No. 24.

The motions are GRANTED.  The Clerk of Court is respectfully directed to terminate the motions at ECF Nos. 23 and 24.

SO ORDERED.

Dated:  January 27, 2026
        New York, New York

_____
ANALISA TORRES
United States District Judge