USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:    1/27/2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------x
                :

UNITED STATES OF AMERICA    :

      -against-       :        **ORDER**

**Henry Andrixon**     :

                :      **25 Cr. 445**

                :        Docket #

------------------------------------x

**Analisa Torres**    District Judge
     Judge's Name

The C.J.A. attorney assigned to receive cases on this day,

**Lorraine Gauli-Rufo**    is hereby ordered to assume

representation of the defendant in the above captioned

matter, NUNC-PRO-TUNC **January 27, 2026** .

**SO ORDERED.**

ANALISA TORRES
United States District Judge

UNITED STATES DISTRICT JUDGE

**Dated:  New York, New York**
      1/27/26