UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

HENRY ANDRIXON,

                                    Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  __2/26/2026__
```

25 Cr. 445 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The conference currently scheduled for March 2, 2026, in this matter is ADJOURNED to **April 27, 2026**, at **3:00 p.m.**  Time until April 27, 2026, is excluded under the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(1)(D) and (h)(7), because the Court is reviewing the parties' briefing on Defendant's pending motion to suppress and because the ends of justice served by excluding such time outweigh the best interest of the public and the Defendant in a speedy trial

        SO ORDERED.

Dated:  February 26, 2026
        New York, New York

_____
ANALISA TORRES
United States District Judge