

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:    5/15/2026

NEW JERSEY OFFICE
06 POMPTON AVENUE, SUITE 25
CEDAR GROVE, NJ 07009
(973) 239-4300

NEW YORK OFFICE
347 5TH AVENUE, SUITE 1402
NEW YORK, NY 10016
(646) 205-2259

LORRAINE@LGRLAWGROUP.COM
WWW.LGAULIRUFO.COM

———————

May 7, 2026

*Via ECF*

The Honorable Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: United States v. Henry Andrixon,
25 Cr. 445 (AT)

Dear Judge Torres:

I represent Henry Andrixon in the above matter. Please accept this letter motion *in lieu* of a more formal submission in support modifying the travel conditions of Mr. Andrixon's bail, for him to travel to various parts of the United States to attend Artificial Intelligence ("AI") conferences, in order to promote a mobile application ("app") that he developed and created. Additional details are set forth below.

Mr. Andrixon advised that he has developed an app that assists consumers who want to rent residential properties. The name of the app is "Check Before Rent," and it is designed to help customers across the United States reduce the risk of rental fraud by providing independent, transparent, and informational rental verification services. The platform allows users to submit information about rental properties they are interested in renting so that potential risks and inconsistencies can be identified before any financial commitments are made. Mr. Andrixon explained that he is not working as a landlord, property manager, real estate broker, or agent in relation to the app, and that he does not collect deposits or rent payments. He has nothing to do with the actual rental of properties. Rather, the goal of this platform is to promote safer rental decisions, provide public information and prevent fraud.

Mr. Andrixon also provided information regarding the development of the app. Two months ago, his paramour, Elizabeth Lopez, paid $2,000 for the app development. Ms. Lopez obtained the money from her father, who has also offered to loan Mr. Andrixon up to additional $10,000 for travel and lodging in relation to the AI conferences he would like to attend. Mr. Andrixon indicated that the purpose of this travel is directly related to final development,

coordination, and promo preparation for the official launch of the app and its platform, which is scheduled for next week. The dates and places that Mr. Andrixon requests to travel are as follows:

May 17, 2026 –May 21, 2026 Charlotte, North Carolina – Cleo Tech Conference at the Charlotte Convention Center (I will also be visiting a family member during this trip)

June 3–4, 2026 – Atlanta, Georgia – TECHSPO at the Westin Hotel

August 24–28, 2026 – Seattle, Washington – Tech 365 Conference

I have also provided Pretrial Service Officer, Francesca Tessier, with the flyers from all of the above conferences in support of this request. If Your Honor grants this request, Mr. Andrixon will provide a full itinerary to Pretrial Services. I also wanted to acknowledge that Mr. Andrixon will not be dealing directly with any client funds or identification matters. Any funds generated through the app would be processed through PayPal, a third-party vendor, who would deal with accepting money on his behalf and dealing with the customers. Mr. Andrixon would have no information regarding their identity.

Mr. Andrixon advised that he has applied for approximately 10 positions to date which includes an advisory role with the Department of Housing in Florida and DC, and many others, but has not yet secure employment. He is therefore pursuing the development of this app in an effort to support himself financially.

We have spoken to Pretrial Service Officer, Francesca Tessier, and she advised that she defers to the Court regarding this request. We also spoke with AUSA, Matthew Weinberg, on behalf of the Government, who advised that he defers to Pretrial services.

For the foregoing reasons, we respectfully request that Your Honor modify Mr. Andrixon's bail conditions to permit the travel request set forth above. Your Honor's time and consideration to this matter is greatly appreciated.

Respectfully Submitted,

*Lorraine Gauli-Rufo*

cc:  Matthew Weinberg, AUSA  
     Francesca Tessier, PTS

Lorraine Gauli-Rufo, Esq.  
Attorney for Henry Andrixon

GRANTED. Defendant's pretrial release conditions are modified to include travel as set forth above. *See* ECF Nos. 11, 33. The Court determines that modifying the conditions ensures the least restrictive combination of conditions that will reasonably assure Defendant's appearance at trial. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 35.

SO ORDERED.

Dated:  May 15, 2026  
     New York, New York

2

_____  
ANALISA TORRES  
United States District Judge