UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

HENRY ANDRIXON,

                                    Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  __5/15/2026__
```

25 Cr. 445 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The conference currently scheduled for May 18, 2026, in this matter is ADJOURNED to **June 29, 2026**, at **3 p.m.** in **Courtroom 15D** of the United States Courthouse, 500 Pearl Street, New York, New York 10007.

The trial scheduled to begin on June 8, 2026, is ADJOURNED to **October 5, 2026,** at **9:00 a.m.**  Time until October 5, 2026, is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7) because the ends of justice served by excluding such time outweigh the best interests of the public and the Defendant in a speedy trial, as the exclusion will allow the parties to prepare for trial.

SO ORDERED.

Dated: May 15, 2026
       New York, New York

_____
ANALISA TORRES
United States District Judge