UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

HENRY ANDRIXON,

Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:   6/29/2026
```

25 Cr. 445 (AT)

**ORDER**

ANALISA TORRES, District Judge:

Due to a scheduling conflict, the status conference currently scheduled for June 29, 2026, in this matter is ADJOURNED *sine die*.  The Court shall set a new conference date in due course.

SO ORDERED.

Dated: June 29, 2026
        New York, New York

_____
ANALISA TORRES
United States District Judge