UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

HENRY ANDRIXON,

                                    Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:   6/30/2026

25 Cr. 445 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The parties shall appear for a status conference on **July 13, 2026**, at **4:30 p.m.** in **Courtroom 15D** of the United States Courthouse, 500 Pearl Street, New York, New York 10007.

SO ORDERED.

Dated: June 30, 2026
       New York, New York

_____
ANALISA TORRES
United States District Judge