USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ________________
DATE FILED: 8/7/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

HENRY ANDRIXON,

Defendant.

25 Cr. 445 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The status conference currently scheduled for **August 10, 2026**, is ADJOURNED. The parties shall appear for a change of plea hearing at **3:00 p.m.** on **August 17, 2026**, in **Courtroom 15D** of the United States Courthouse, 500 Pearl Street, New York, New York 10007.

SO ORDERED.

Dated: August 7, 2026
New York, New York

ANALISA TORRES
United States District Judge