USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ________________
DATE FILED: 8/17/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

HENRY ANDRIXON,

Defendant.

25 Cr. 445 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The change of plea hearing scheduled for August 17, 2026, is ADJOURNED to **September 1, 2026**, at **11:00 a.m**. in **Courtroom 15D** of the United States Courthouse, 500 Pearl Street, New York, New York 10007.

SO ORDERED.

Dated: August 17, 2026
New York, New York

ANALISA TORRES
United States District Judge